UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DEVARIUS COOK,**

    **Plaintiff,**

v.                          CASE NO. :  6:17-cv-01271-GKS-GJK

**A-R HHC ORLANDO**
**CONVENTION HOTEL, LLC**
**d/b/a HILTON ORLANDO,**

    **Defendant.**
_____/

**UNOPPOSED MOTION TO SUBSTITUTE**
**PROPER DEFENDANT AND CORRECT STYLE OF CASE**

Plaintiff, DEVARIUS COOK, by and through his undersigned counsel and without objection from Defendant, moves the Court for the entry of an Order substituting Defendant, A-R HHC ORLANDO CONVENTION HOTEL, LLC d/b/a HILTON ORLANDO, with the proper Defendant, HILTON MANAGEMENT, LLC, and correcting the style of the case to reflect the proper Defendant.

**MEMORANDUM OF LAW**

In the Complaint in this matter, Plaintiff identified A-R HHC ORLANDO CONVENTION HOTEL, LLC d/b/a HILTON ORLANDO as the Defendant in this matter. (Doc.2).  Defendant's counsel advised Plaintiff's counsel that the proper Defendant in this matter should be HILTON MANAGEMENT, LLC.  Based on Defendant's representation, Plaintiff hereby requests that the Court enter an order substituting HILTON MANAGEMENT, LLC as the Defendant in this matter. Additionally, Plaintiff requests that the style of the case be changed to reflect the substitution of the proper Defendant.   All parties agree that the change is necessary because HILTON

MANAGEMENT, LLC, was the entity that employed Plaintiff and this case alleges employment claims.  The relief requested in this motion will not prejudice either party.  Moreover, Plaintiff consulted with Defendant prior to the filing of this motion and Defendant indicated it would not oppose said relief.

Dated this 27th day of July, 2017.

                              Respectfully submitted,

                              /s/ Christopher J. Saba
                              **CHRISTOPHER J. SABA**
                              Florida Bar Number: 0092016
                              **WENZEL FENTON CABASSA, P.A.**
                              1110 North Florida Avenue, Suite 300
                              Tampa, Florida 33602
                              Main Number: 813-224-0431
                              Direct Dial: 813-321-4086
                              Facsimile: 813-229-8712
                              Email: csaba@wfclaw.com
                              Email: tsoriano@wfclaw.com
                              **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of July, 2017, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Tasos C. Paindiris
Lin J. Wagner
Jackson Lewis P.C.
390 North Orange Avenue
Suite 1285
Orlando, FL  32801
Email: tasos.paindiris@jacksonlewis.com
Email: lin.wagner@jacksonlewis.com

                              /s/ Christopher J. Saba
                              **CHRISTOPHER J. SABA**