## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DEVARIUS COOK,**

    **Plaintiff,**

**v.**                                  **CASE NO.: 6:17-cv-01271-GKS-GJK**

**HILTON MANAGEMENT, LLC**

    **Defendant.**

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, DEVARIUS COOK, and Defendant, HILTON MANAGEMENT, LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 12th day of April, 2018.

| | |
|---|---|
| Jackson Lewis P.C. | WENZEL FENTON CABASSA, P.A. |
| 390 North Orange Avenue | 1110 North Florida Avenue |
| Suite 1285 | Suite 300 |
| Orlando, FL 32801 | Tampa, Florida 33602 |
| Telephone: (407) 246-8440 | Telephone: 813-224-0431 |
| Facsimile: (407) 246-8441 | Facsimile: 813-229-8712 |
| | |
| BY: */s/Tasos C. Paindiris* | BY: */s/Christopher Saba* |
|     Tasos C. Paindiris |     Christopher J. Saba |
|     Florida Bar Number: 0041806 |     Florida Bar Number: 0092016 |
|     E-mail: tasos.paindiris@jacksonlewis.com |     E-mail: csaba@wfclaw.com |
|     Counsel for Defendant |     Counsel for Plaintiff |