# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DEVARIUS COOK,

      Plaintiff,

v.                                       Case No: 6:17-cv-1271-Orl-18GJK

HILTON MANAGEMENT, LLC,

      Defendant.

_____

## ORDER

On April 12, 2018 the parties filed a Joint Stipulation for Dismissal (Doc. No. 18). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Each party to bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this ___16___ day of April, 2018.

                                                      G. KENDALL SHARP
                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record